IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| CONNIE M. ROBERTS, * | |
| Plaintiff * | |
| vs. * | CASE NO. 3:08-CV-11 (CDL) |
| MICHAEL J. ASTRUE, Commissioner * of Social Security | |
| * | |
| Defendant | |
| * | |

ORDER ON RECOMMENDATION TO REMAND

After a *de novo* review of the record in this case, the Recommendation by the United States Magistrate Judge filed January 22, 2009, has been read and considered and is hereby approved, adopted, and made the Order of the Court. Accordingly, this case is remanded pursuant to Sentence Four to the Commissioner for further administrative action consistent with the Recommendation by the Magistrate Judge.

IT IS SO ORDERED, this 20th day of February, 2009.

S/Clay D. Land
CLAY D. LAND
UNITED STATES DISTRICT JUDGE